## Commonwealth *v.* Finney, Appellant.

Submitted December 11, 1967.

*Paige Finney,* appellant, in propria persona; *Paul R. Michel* and *Alan J. Davis,* Assistant District Attor-

neys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.